UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 4:24-cr- 13 |
| ) | |
| TERRY LEE KING, JR. ) | Judge McDonough/ Steger |

**FILED APR 29 2024** Clerk, U.S. District Court Eastern District of Tennessee At Chattanooga

## INFORMATION

### COUNT ONE
### FALSE PERSONATION OF OFFICER OF THE UNITED STATES
### (18 U.S.C. § 912)

The United States Attorney charges that between in or about January 2022 and in or about August 2022, in the Eastern District of Tennessee and elsewhere, the defendant, TERRY LEE KING, JR., did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is, a Special Agent with the Social Security Administration's Office of Inspector General, and in such assumed and pretended character with intent to defraud did falsely demand and obtain a thing of value, in that he demanded and obtained on behalf of the United States challenge coins and patches, in violation of Title 18, United States Code, Section 912.

## COUNT TWO
## WRONGFUL USE OF GOVERNMENT SEAL
## (18 U.S.C. § 1017)

The United States Attorney further charges that between in or about January 2022 and in or about August 2022, in the Eastern District of Tennessee and elsewhere, the defendant, TERRY LEE KING, JR., fraudulently and wrongfully used, bought, procured, sold, and transferred to another a certificate, document, instrument, commission, and paper, namely, challenge coins and patches, to which and upon which the seal of a department and agency of the United States, namely, the United States Social Security Administration Office of Inspector General, had been fraudulently affixed and impressed, in violation of Title 18, United States Code, Section 1017.

                FRANCIS M. HAMILTON III
                UNITED STATES ATTORNEY

By:   *s/Steven S. Neff*
       Steven S. Neff, BPR #GA 537187
       Assistant U.S. Attorney
       1110 Market Street, Suite 515
       Chattanooga, Tennessee 37402
       (423) 752-5140
       steven.neff@usdoj.gov