# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:24-cr-13 |
| v. ) | |
| ) | District Judge Travis R. McDonough |
| TERRY LEE KING, JR ) | |
| ) | Magistrate Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 12) recommending that the Court: (1) accept Defendant's guilty plea to Counts One and Two of the two count Information; (2) adjudicate Defendant guilty of Count One: false personation of officer of the United States in violation of 18 U.S.C. § 912; (3) adjudicate Defendant guilty of Count Two: wrongful use of a governmental seal in violation of 18 U.S.C. § 1017; and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release (Doc. 10) pending sentencing or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 12) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Counts One and Two of the two count Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of Count One: false personation of officer of the United States in violation of 18 U.S.C. § 912;

3. Defendant is hereby **ADJUDGED** guilty of Count Two: wrongful use of a governmental seal in violation of 18 U.S.C. § 1017; and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release (Doc. 10) until further order of this Court or sentencing in this matter which is scheduled to take place on **December 20, 2024, at 9:00 a.m**., before the undersigned United States District Judge.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**